UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> ESCORT REAL ESTATE AND MANAGEMENT CO., ABDIEL MUNOZ a/k/a ALEX MUNOZ, and SARAI DAVIS a/k/a SARAI MOREJON, <br><br> Defendants. | Case No. 3:22-cv-00934-MMH-JBT |

**MOTION FOR EXTENSION OF TIME FOR
SERVICE OF PROCESS**

NOW COMES PLAINTIFF U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank"), by and through its attorneys, and for its Motion for Extension of Time for Service of Process (the "Motion") upon Defendant ABDIEL MUNOZ a/k/a ALEX MUNOZ ("Munoz") and SARAI DAVIS a/k/a SARAI MOREJON ("Davis") states as follows:

1. On September 13, 2022, U.S. Bank filed its Corrected Verified Complaint against the Munoz, Davis, and Escort Real Estate and Management Co. ("Escort") (collectively the "Defendants") in the United States District Court for the Middle District of Florida, Jacksonville Division, as Case No. 3:22-cv-00934-MMH-JBT (the "Lawsuit"). *See* Docket No. 5.

2. This matter relates to the Defendants' breach of loans and related guaranties for the financing certain equipment.

3. On September 20, 2022, U.S. Bank served Defendant Escort with copies of the Summons and Corrected Verified Complaint. *See* Docket No. 7.

1

4. U.S. Bank has attempted service on Defendants Munoz and Davis at multiple locations on several occasions. *See* Exhibit 1, Return of Service.

5. To date, U.S. Bank has been unable to obtain personal service of Munoz and Davis.

6. Based upon the diligent efforts to locate and personally serve Munoz and Davis undertaken by U.S. Bank, U.S. Bank is requesting additional time to complete service of the Summonses and Corrected Verified Complaint.

7. Federal Rule of Civil Procedure 4(m) provides: If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. <u>Horenkamp v. Van Winkle And Co.</u>, 402 F.3d 1129, 1131 (11th Cir. 2005).

8. Good Cause for failure to effect service, warranting extension of time for service, exists only, when some outside factor such as reliance on faulty advice, rather than inadvertence or negligence, prevented service. Fed.Rules Civ.Proc.Rule 4(m), 28 U.S.C.A. <u>Lepone-Dempsey v. Carroll Cty. Comm'rs</u>, 476 F.3d 1277 (11th Cir. 2007).

9. Federal rule of civil procedure governing extension of a 120-day time period to effect service of process and grants discretion to the district court to extend the time period, even in the absence of a showing of good cause for failure to effect timely service. Fed.Rules Civ.Proc.Rule 4(m), 28 U.S.C.A. U.S.C.A. <u>Horenkamp v. Van Winkle And Co.</u>, 402 F.3d 1129 (11th Cir. 2005).

10. Good cause exists in this case because U.S. Bank has made diligent efforts to locate and serve Munoz and Davis.

11.     Extending the time for service on Munoz and Davis will not prejudice any party because discovery has not yet commenced.

WHEREFORE, Plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION respectfully requests that this Court grant an extension for completion of service of process upon Defendants ABDIEL MUNOZ a/k/a ALEX MUNOZ and SARAI DAVIS a/k/a SARAI MOREJON and grant all such other and further relief as this Court deems just.

Dated: December 12, 2022

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC

*/s/ Ronald S. Canter*
Ronald S. Canter, Esq.
Bar # 335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
rcanter@roncanterllc.com (email)

*Local address:*
400 S. Dixie Hwy #332
Boca Raton, Florida 33432

**Counsel for Plaintiff,
U.S. Bank Equipment Finance, a division of
U.S. Bank National Association**