**OUT OF COUNTY**

# Return Of Service

**2022-28954**
Control Number

## SUMMONS

To be Served: SARAI DAVIS A/K/A SARAI MAREJON
Street Address: 8540 HOMEPLACE DR 1429 JACKSONVILLE, FL 32256
Plaintiff: U S BANK EQUIPMENT FINANCE, A DIVISION OF U S BANK NATIONAL ASSOCIATION
-vs-
Defendant: ESCORT REAL ESTATE AND MANAGEMENT CO , ABDIEL MUNOZ A/K/A ALEX MUNOZ, AND SARAI DAVIS A/K/A SARAI MOREJON

Attorney

Case Number: 3 22-CV-934-MMH-JBT
Court: MIDDLE DISTRICT OF FLORIDA
Type of Writ: SUMMONS

Court Date:
Court Time:

### NOT FOUND

Received the above named writ on MONDAY, OCTOBER 24, 2022, at 2 42 PM and returned the same as NOT SERVED on THURSDAY, NOVEMBER 3, 2022, in DUVAL County, Florida, for the reason that after due diligence to locate the named person, to-wit: SARAI DAVIS A/K/A SARAI MAREJON, could not be found in DUVAL County Florida as set forth in Section 30.231(3), Florida Statutes

SPS-STACY-PER THE RESIDENT, THE DEFENDANT DOESN'T LIVE AT THE ORIGINAL ADDRESS SPS TAYLOR-THE DEFENDANT DID SHOW UP FOR HER UNRELATED COURT DATE ON 11/3/22

PAT IVEY, Sheriff
Duval County, Florida
By 5717 A.N. TAYLOR

/s/ ALLEN N TAYLOR

JSO Special Process Server

Electronically signed, 11/3/2022 per Florida statute 48.21

Printed on 11/4/2022

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| U S BANK EQUIPMENT FINANCE, a division of U S BANK NATIONAL ASSOCIATION<br><br>*Plaintiff(s)*<br>v.<br>Escort Real Estate and Management Co, Abdiel Munoz a/k/a Alex Munoz, and Sarai Davis a/k/a Sarai Morejon<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No  3:22-cv-934-MMH-JBT<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To *(Defendant's name and address)*  Sarai Davis a/k/a Sarai Morejon
1301 SW 142nd Ave, Apt  111H
Pembroke Pines, Florida 33027-1555

A lawsuit has been filed against you

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed R Civ P 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are   Ronald S Canter, Esquire
The Law Offices of Ronald S Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint You also must file your answer or motion with the court

CLERK OF COURT   BetsyDavis

Date   September 14, 2022

*Signature of Clerk or Deputy Clerk*